UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE EX PARTE APPLICATION OF JOINT STOCK COMPANY BELARUSIAN POTASH COMPANY,

Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings.
-----------------------------------------------------------x

Case No.: ~~XX-XX-XXXX~~ 26-mc-464

**~~[PROPOSED]~~ ORDER**

This matter comes before the Court upon the *Ex Parte* Application for Judicial Assistance by Joint Stock Company Belarusian Potash Company ("BPC") for leave to serve subpoenas upon J.P. Morgan Chase & Co. ("J.P. Morgan"), Citibank, N.A. ("Citibank"), The Bank of New York Mellon ("BNY Mellon"), Deutsche Bank Trust Company Americas ("Deutsche Bank"), and Bank of America, N.A. ("Bank of America") (collectively the "Correspondent Banks") pursuant to 28 U.S.C. § 1782 (the "Application")

The Court has considered the Application, the evidence and arguments presented, and sufficient reason appearing, and finds for good cause shown:

**IT IS** on30th day of September 2026, **ORDERED** that:

1. BPC's Application is GRANTED;

2. The Correspondent Banks are ordered to produce all documents in response to the subpoenas within 30 days of the date of service of this Order.

3. BPC may serve its proposed subpoena *duces tecum* upon the Correspondent Banks with an updated time, date, and location; and

4. The Court shall retain jurisdiction over this matter for purposes of enforcing this Order and assessing supplemental requests for discovery assistance that may be requested by BPC.

5. This Order is granted without prejudice to a motion by the Correspondent Banks challenging the Court's authority under Section 1782 and moving to quash.

Dated: September 30, 2026
New York, New York

Lewis J. Liman
United States District Judge